UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN M. MITCHELL, <br>     Plaintiff, <br> v. <br> T. FOSS, et al., <br>     Defendants. | Case No. 18-cv-05265-JD <br><br> **ORDER OF DISMISSAL** |

This is a civil rights case filed pro se by a state prisoner. In the screening order on April 16, 2019, the Court found that plaintiff had again failed to state a claim and dismissed the amended complaint with leave to amend after discussing the deficiencies of the complaint. The time to amend has passed and plaintiff has not filed a second amended complaint or otherwise communicated with the Court. This case is **DISMISSED** without prejudice for failure to state a claim as described in the prior order.

**IT IS SO ORDERED.**

Dated: May 30, 2019

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN M. MITCHELL,<br><br>    Plaintiff,<br><br>    v.<br><br>T. FOSS, et al.,<br><br>    Defendants. | Case No. 18-cv-05265-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ruben M. Mitchell ID: BB-7076
CSP- Lancaster
P.O. Box 8457
Lancaster, CA 93539


Dated: May 30, 2019

                                     Susan Y. Soong
                                     Clerk, United States District Court


                                     By: _____
                                     LISA R. CLARK, Deputy Clerk to the
                                     Honorable JAMES DONATO